FILED

JUL 24 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

1

2

3

4

5

6                    UNITED STATES DISTRICT COURT

7                  SOUTHERN DISTRICT OF CALIFORNIA

8   UNITED STATES OF AMERICA,          )   Criminal Case No. 08CR 2439 - LAB
                                       )
9                    Plaintiff,        )   I N F O R M A T I O N
                                       )
10        v.                           )   Title 8, U.S.C., Sec. 1326(a)
                                       )   and (b) - Deported Alien Found
11  MIGUEL MENDOZA-QUINTANA,           )   in the United States (Felony)
                                       )
12                   Defendant.        )
    _____)

13

14       The United States Attorney charges:

15       On or about June 27, 2008, within the Southern District of

16  California, defendant MIGUEL MENDOZA-QUINTANA, an alien, who

17  previously had been excluded, deported and removed from the United

18  States to Mexico, was found in the United States, without the Attorney

19  General of the United States or his designated successor, the

20  Secretary of the Department of Homeland Security (Title 6, United

21  States Code, Sections 202(3) and (4), and 557), having expressly

22  consented to the defendant's reapplication for admission to the United

23  States; in violation of Title 8, United States Code, Section 1326(a)

24  and (b).

25       DATED:  7-24-2008 .

26                                     KAREN P. HEWITT
                                       United States Attorney
27

28                                     CHARLOTTE E. KAISER
                                       Assistant U.S. Attorney

CEK:jam:San Diego
7/10/08